WILLIAM S. DUNLAY, Appellant, v. AVENUE M GARAGE & REPAIR CO., INC., and Others, Respondents, and ROBERT C. GRAHAM, Defendant.— Judgment affirmed, with costs. No opinion. Rich, Young, Seeger and Scudder, JJ., concur; Lazansky, P. J., dissents.

LESTER L. ELLIS, INC., Respondent, v. FAIRBANK REALTY CORPORATION, Appellant, and CHARLES RUBINSTEIN, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.

GODFREY T. FIRTH, as Administrator, etc., of CURTIS B. FIRTH, Deceased, Respondent, v. EMANUEL CUZZI and FRANK CUZZI, Doing Business under the Firm Name and Style of CUZZI BROTHERS, and Others, Appellants.— Upon appeal by defendants Cuzzi, judgment and order unanimously affirmed, and upon appeal by defendants Ottman and Holland, judgment unanimously affirmed, with costs to respondent. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.

THEODORE B. HENNENLOTTER, as Trustee in Bankruptcy of HENRY GREENE, and Others, Respondents, v. HENRY SEINFEL and Others, Appellants.— Appeal dismissed, with ten dollars costs and disbursements, for the reason stated in decision of *Hennenlotter* v. *Seinfel* (*ante*, p. 802), decided herewith. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises Situated at Eighty-second and Eighty-third Streets and One Hundred and First (Jerome) Avenue, Adjoining Premises of Public School 64, Woodhaven, Borough of Queens, Duly Selected as a Site for School Purposes According to Law. FREDERICK PRISCO, Respondent; THE CITY OF NEW YORK, Appellant.— Final order in condemnation proceedings, in so far as appealed from, affirmed, with costs. No opinion. Young, Rich, Hagarty and Seeger, JJ., concur; Scudder, J., dissents upon the ground that the school district acquired an easement of light and air over the parcel.

. In the Matter of the Application of LOUIS MASI, Respondent, for Leave to Sue SERVICE BOND AND MORTGAGE CORPORATION and Others, Appellants, upon a Guarantee of the Payment of Any Deficiency after Foreclosure upon Certain Mortgages.— Order modified so as to provide that leave to commence and maintain the action or actions referred to in the order appealed from be limited to the Service Bond and Mortgage Corporation, and as so modified the order is affirmed, without costs. Respondent fails to show sufficient reasons for granting the order as to appellants Danzilo and Birner. (*Darmstadt* v. *Manson*, 144 App. Div. 249.) Young, Rich, Hagarty, Seeger and Scudder, JJ., concur.